MDR

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

Maija Kalnina,

Petitioner,

v.

Eric Rokosky, et al.,

Respondents.

No.   CV-26-01799-PHX-JCH (MTM)

**ORDER TO SHOW CAUSE**

Self-represented Petitioner Maija Kalnina, who is confined in the Eloy Detention Center, filed a Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (Doc. 1) challenging her immigration detention.

Petitioner challenges her present immigration detention under *Zadvydas v. Davis*, 533 U.S. 678 (2001), arguing her detention is prolonged and there is no significant probability of her removal in the reasonably foreseeable future.  She also contends her detention violates her substantive and procedural due process rights and is arbitrary in light of her "medical condition and its neglect."

The Court will dismiss Respondent United States Immigration and Customs Enforcement Phoenix Field Office Director Jason Ciliberti because he is an improper respondent.  *See Doe v. Garland*, 109 F.4th 1188, 1197 (9th Cir. 2024).  The remaining Respondents—Eloy Detention Center Warden Eric Rokosky, United States Department of Homeland Security Secretary Kristi Noem, and United States Attorney General Pamela Bondi—must show cause why the Petition should not be granted.  Any response must be

supported by documentary evidence including, if applicable, affidavits by individuals with personal knowledge of the factual statements made therein and signed under penalty of perjury.

**Warnings**

**A.    Address Changes**

Petitioner must file and serve a notice of a change of address in accordance with Rule 83.3(d) of the Local Rules of Civil Procedure.  Petitioner must not include a motion for other relief with a notice of change of address.  Failure to comply may result in dismissal of this action.

**B.    Copies**

Petitioner must serve Respondents, or counsel if an appearance has been entered, a copy of every document she files.  Fed. R. Civ. P. 5(a).  Each filing must include a certificate stating that a copy of the filing was served.  Fed. R. Civ. P. 5(d).  Also, Petitioner must submit an additional copy of every filing for use by the Court.  LRCiv 5.4.  Failure to comply may result in the filing being stricken without further notice to Petitioner.

**IT IS ORDERED:**

(1)    Respondent Ciliberti is **dismissed**.

(2)    The Clerk of Court must serve a copy of the Summons, the Petition (Doc. 1) and this Order upon the United States Attorney for the District of Arizona by certified mail addressed to the civil process clerk at the office of the United States Attorney pursuant to Rule 4(i)(1)(A) of the Federal Rules of Civil Procedure.  The Clerk of Court must also send by certified mail a copy of the Summons, the Petition, and this Order to the United States Attorney General pursuant to Rule 4(i)(1)(B) and to Respondents pursuant to Rule 4(i)(2) of the Federal Rules of Civil Procedure.

(3)    The Clerk of Court must immediately transmit by email a copy of this Order and the Petition to the United States Attorney for the District of Arizona, to the attention of Melissa Kroeger at melissa.kroeger@usdoj.gov, Lon Leavitt at lon.leavitt@usdoj.gov,

Theo Nickerson at Theo.Nickerson2@usdoj.gov, Dina Anagnopoulos at Dina.Anagnopoulos@usdoj.gov, and Mary Finlon at Mary.Finlon@usdoj.gov.

(4)     Respondents must show cause no later than **March 26, 2026**, why the Petition should not be granted.

(5)     Petitioner may file a reply no later than **March 31, 2026**.

Dated this 19th day of March, 2026.

John C. Hinderaker
United States District Judge