**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Maija Kalnina, | No. CV-26-01799-PHX-JCH (MTM) |
| Petitioner, | **ORDER** |
| v. | |
| Eric Rokosky, et al., | |
| Respondents. | |

Petitioner filed a Writ of Habeas Corpus challenging her present immigration detention under *Zadvydas v. Davis*, 533 U.S. 678 (2001). (Doc. 1.)  The Court directed Respondents to show cause why it should not grant the Petition. (Doc. 3.)  Respondents' response states: "Under the facts and circumstances of this case, Respondents do not oppose Petitioner's request for release at this time." (Doc. 6.)  The Court accepts this concession as non-opposition to granting Petitioner's habeas corpus petition as to her *Zadvydas* claim.

Accordingly,

**IT IS ORDERED granting** Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) as to her *Zadvydas* claim.  The remainder of the petition is denied as moot.

**IT IS FURTHER ORDERED** that Respondents to immediately release Petitioner from custody under the same conditions that existed before her detention.

**IT IS FURTHER ORDERED** that Respondents must provide a notice of compliance within two business days of Petitioner's release.

**IT IS FINALLY ORDERED denying** any pending motions as moot and **directing** the Clerk of Court to enter judgment in Petitioner's favor and close this case.

Dated this 26th day of March, 2026.

John C. Hinderaker
United States District Judge